SAMUEL SOULE, Respondent, v. FULTON. G. BERRY, Appellant.

No. 3442; November 2, 1872.

**Appeal—Conflicting Evidence.—On Appeal from an Order Granting a New Trial,** based partly on the ground that the verdict was against the evidence, the action of the trial court will not be interfered with even although there was a substantial conflict of evidence at the trial.

APPEAL from Fifteenth Judicial District, San Francisco County.

J. M. Seawell for respondent; R. A. Redman for appellant.

PER CURIAM.—The order of the court below granting a new trial proceeded in part upon the ground that the verdict was against the evidence. The most favorable view for the appellant which can be taken here is that there is a substantial conflict in the evidence, and in such a case we cannot interfere with the action of the court.

Order affirmed.